# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

132940

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DIANE LYNN STOREY,
f/k/a DIANE LYNN RIEMERSMA,
f/k/a DIANE LYNN ARMSTRONG,
     Plaintiff-Appellee,

v

                                        SC: 132940
                                        COA: 273460
                                        Kent CC: 83-048746-DM

RODGER WAYNE RIEMERSMA,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

s0416